NO. 07-04-0556-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

DECEMBER 17, 2004

_____

GARRY LISTER, NANCY LISTER AND DORETTA MOORE, APPELLANTS

V.

LEE-SWOFFORD INVESTMENTS, L.L.P., APPELLEE

_____

FROM THE 31ST DISTRICT COURT OF ROBERTS COUNTY;

NO. 1828; HONORABLE STEVEN R. EMMERT, JUDGE

_____

Before QUINN and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

On November 24, 2004, the clerk of this Court received a copy of a notice of appeal filed on behalf of appellants Garry Lister, Nancy Lister and Doretta Moore.  By letter dated November 30, 2004, the clerk notified appellants that the filing fee and docketing statement had not been received, and that failure to pay the filing fee and file the docketing statement

within ten days from the date of the letter could result in dismissal of the appeal. Tex. R. App. P. 32.1, 42.3(c); *see* Tex. R. App. P. 5.

That date has passed and no response has been received. Accordingly, this appeal is dismissed. Tex. R. App. P. 42.3(c).

James T. Campbell
Justice